UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: Lee Straughter, Jr.

*Debtor(s),*

Chapter 13

Case No.  12-46510

Judge Pamela S. Hollis

## NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE OF FINAL CURE

NOW COMES Fay Servicing LLC, by and through its attorney, MRPierce, LLC, d/b/a McCalla Raymer Pierce, LLC, and respectfully moves this Court to allow it to withdraw its Response to Notice of Final Cure filed on this Court's docket on July 1, 2016.

Respectfully Submitted,

/s/ Kinnera Bhoopal
ARDC# 6295897

MRPierce, LLC, d/b/a McCalla Raymer
Pierce, LLC
1 N. Dearborn St.
Suite 1300
Chicago, IL 60602
(312) 346-9088

File No. 257475

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: Lee Straughter, Jr.

*Debtor(s),*

Chapter 13

Case No.  12-46510

Judge Pamela S. Hollis

## CERTIFICATE OF SERVICE

TO:  SEE ATTACHED ADDRESSES

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by Electronic notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on July 11, 2016 with proper postage prepaid.

/s/ Kinnera Bhoopal
ARDC# 6295897
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

**Pierce and Associates, P.C. and McCalla Raymer, LLC combined Firms to form the Firm McCalla Raymer Pierce, LLC.**
**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

File No. 257475

## SERVICE LIST

To Trustee:
Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604
**by Electronic Notice through ECF**

To Debtor:
Lee Straughter, Jr.
109 Morris Avenue
Bellwood, IL 60104
**by U.S. Mail**

To Attorney:
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603
**by Electronic Notice through ECF**

MRPierce, LLC, d/b/a McCalla Raymer Pierce, LLC
Attorney For: Creditor
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088