UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: Lee Straughter, Jr.

*Debtor(s),*

Chapter 13

Case No.  12-46510

Judge Pamela S. Hollis

July 20, 2016
at 9:30 a.m.

### MOTION TO EXTEND TIME TO FILE RESPONSE TO NOTICE OF FINAL CURE

NOW COMES, Fay Servicing LLC, by and through its attorneys, MRPierce, LLC, d/b/a McCalla Raymer Pierce, LLC, and requests an extension of time in order to file a Response to the Notice of Final Mortgage Payment Cure in accordance with Bankruptcy Rule 3002.1 pursuant to Federal Rule of Bankruptcy Procedure 9006(b), stating as follows:

1. On November 27, 2012 the above captioned case was filed.

2. The instant case was confirmed on February 13, 2013.

3. On December 12, 2012 The Bank of New York Mellon Trust Company, National Association as grantor trustee of the Protium Master Grantor Trust filed a proof of claim in this case that has been allowed as claim #2.

4. No objections were filed to this claim.

5. A Transfer of Claim was filed on December 26, 2014 to Ocwen Loan Servicing, LLC.

6. A second Transfer of Claim was subsequently filed to Movant.

7. No objections were filed to either Transfer of Claim.

8. The Chapter 13 Trustee filed a Notice of Final Cure Mortgage Payment pursuant to Bankruptcy Rule 3002.1(f) on June 20, 2016, docketed as entry #47.

9. Fay Servicing LLC's Response to the Notice of Final Cure Mortgage Payment is due on July 11, 2016.

10. Fay Servicing LLC filed a Response to the Notice of Final Cure Payment on July 1, 2016 but subsequently withdrew its Response on July 11, 2016.

11. Fay Servicing LLC is waiting for the payment history from the initial servicer in this bankruptcy proceeding in order to accurately file its Response to the Notice of Final Cure Payment.

12. Fay Servicing LLC is prepared to move forward with the Response as soon as it receives the requisite information from the prior servicer.

13. Therefore, Fay Servicing LLC is requesting additional time to respond to the Notice of Final Cure Payment to August 29, 2016.

14. No party will be unduly prejudiced by the granting of this motion.

WHEREFORE, Fay Servicing LLC respectfully requests that its Motion to Extend Time be granted to August 29, 2016 in order to respond to the Trustee's Notice of Final Cure Mortgage Payment.

Fay Servicing LLC
/s/ Kinnera Bhoopal
ARDC# 6295897

MRPierce, LLC, d/b/a McCalla Raymer Pierce, LLC
1 N. Dearborn St.
Suite 1300
Chicago, IL 60602
(312) 346-9088

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: Lee Straughter, Jr.

*Debtor(s),*

Chapter 13

Case No. 12-46510

Judge Pamela S. Hollis

### ORDER EXTENDING TIME

THIS CAUSE COMING TO BE HEARD on the Motion of Fay Servicing LLC, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED:

1) Fay Servicing LLC is allowed an extension of time to file a Response to the Notice of Final Cure Mortgage Payment under Rule 3002.1(f).

2) Fay Servicing LLC is granted an extension to August 29, 2016 to file a Response to Notice of Final Mortgage Payment Cure.

Fay Servicing LLC
/s/ Kinnera Bhoopal
ARDC# 6295897

MRPierce, LLC, d/b/a McCalla Raymer Pierce, LLC
1 N. Dearborn St.
Suite 1300
Chicago, IL 60602
(312) 346-9088

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: Lee Straughter, Jr.

*Debtor(s),*

Chapter 13

Case No.  12-46510

Judge Pamela S. Hollis

**CERTIFICATE OF SERVICE**

TO:  SEE ATTACHED ADDRESSES

**CERTIFICATION**

    I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by Electronic notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on July 11, 2016 with proper postage prepaid.

    /s/ Kinnera Bhoopal
    ARDC# 6295897
    1 N. Dearborn St. Suite 1300
    Chicago, IL 60602
    (312) 346-9088

**Pierce and Associates, P.C. and McCalla Raymer, LLC combined Firms to form the Firm McCalla Raymer Pierce, LLC.**
**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

File No. 257475

## SERVICE LIST

To Trustee:
Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604
**by Electronic Notice through ECF**


To Debtor:
Lee Straughter, Jr.
109 Morris Avenue
Bellwood, IL 60104
**by U.S. Mail**


To Attorney:
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603
**by Electronic Notice through ECF**


MRPierce, LLC, d/b/a McCalla Raymer Pierce, LLC
Attorney For: Creditor
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088